Paul MAZUR; Paul W. Mazur; Deborah A. Mazur Silva; Walter E. Mazur, Appearing pro se for themselves and on behalf of Betty Dean Woodson Mazur, a mental incompetent, Plaintiffs–Appellants,

and

Victoria M. Mazur, Plaintiff,

v.

L.V. WOODSON; Circuit Court for the City of Williamsburg and County of James City; Judge William Lee Person, Jr.; State of Virginia, Defendants–Appellees.

No. 01–2017.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 15, 2001.

Paul Mazur, Paul W. Mazur, Deborah A. Mazur Silva, Walter E. Mazur, pro se.

Christopher Roy Papile, Kaufman & Canoles, Newport News, VA; Catherine Crooks Hill, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WILKINS, MICHAEL, and KING, Circuit Judge.

PER CURIAM.

Appellants appeal the district court's order denying relief on their 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mazur v. Woodson,* No. CA–01–3–4 (E.D.Va. July 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*